UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDAR CONSULTING GROUP, LLC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSHUA MILLER,<br><br>    Defendant. | NO.  C20-289RSL<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court *sua sponte*.  The complaint in this matter was filed on February 24, 2020.  On July 20, 2020, this Court issued an Order to Show Cause as plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m).  Dkt. # 4.  On August 11, 2020, plaintiff filed a response to the Court's Order to Show Cause and indicated that despite numerous attempts at service plaintiff has been unable to personally serve defendant with this action and requests dismissal without prejudice. Dkt. # 5.

  IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED without prejudice.

ORDER OF DISMISSAL-1

1   DATED this 12th day of August, 2020.

4   _____
    Robert S. Lasnik
5   United States District Judge

28  ORDER OF DISMISSAL-2